UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

E. Neil Moore,

Plaintiff,

vs.

Guidant Corporation and
Cardiac Pacemakers, Inc.,

Defendants.

Case No. 01-CV-368 (ADM/AJB)

**ORDER EXTENDING TIME TO ANSWER COMPLAINT**

This matter came before the Court on the parties' stipulation to an order under Fed. R. Civ. P. 15 extending the time for the defendants to answer the Complaint in this action. Based on the parties' stipulation,

IT IS HEREBY ORDERED that the stipulation is GRANTED. The defendants shall have until April 30, 2001 to answer, without motion, the Complaint.

SO ORDERED.

Dated: April 17th, 2001

ARTHUR J. BOYLAN
UNITED STATES MAGISTRATE JUDGE

M2:20381446.01

APR 17 2001
FILED
CLERK
JUDGMENT
DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

E. Neil Moore,

Plaintiff,

Case No. 01-CV-368 (ADM/AJB)

vs.

Guidant Corporation and
Cardiac Pacemakers, Inc.,

Defendants.

**STIPULATION TO ORDER EXTENDING TIME TO ANSWER COMPLAINT**

The parties, through their undersigned counsel, hereby stipulate that the Court may enter the attached order without further notice or a hearing.

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: April 12, 2001

DRINKER, BIDDLE & REATH LLP

Joseph R. Delmaster
Susan F. Evans
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103
Telephone: (215) 988-2700
Facsimile: (215) 988-2757

HANSON, LULIC & KRALL
Kevin J. Kennedy
Suite 500
920 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-2530
Facsimile: (612) 334-5955

Attorneys for Plaintiff E. Neil Moore

M2:20381446.01

Dated: April 16, 2001

FAEGRE & BENSON LLP

Charles F. Webber (#215247)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901
Telephone: (612) 336-3000
Facsimile: (612) 336-3026

Attorneys for Defendants