**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

---

E. NEIL MOORE,

Plaintiff,

v.

GUIDANT CORPORATION and
CARDIAC PACEMAKERS, INC.,

Defendants.

Civil No. 01-368 ADM/AJB

**ORDER**

---

The above matter came before the Court on Plaintiff's motion to compel the joint defense agreement between Defendants and Medtronic, Inc. The Court concludes that the existence of the joint defense agreement is enough to show possible partiality and bias. The actual terms of the joint defense agreement are irrelevant. Therefore, IT IS HEREBY ORDERED THAT:

1. Plaintiff's motion is **denied** [Docket No. 18];

Dated: 12/10/01

Arthur J. Boylan
United States Magistrate Judge

FILED DEC 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK