**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**Fourth Division**

| | |
|---|---|
| E. NEIL MOORE,<br>Plaintiff,<br>v.<br>GUIDANT CORPORATION and CARDIAC PACEMAKERS, INC.,<br>Defendant. | CIVIL ACTION NO.<br>01-CV-368 ADM/AJB<br><br>**Jury Trial Demanded** |

## AGREED ORDER OF DISMISSAL

The Court, having considered the Joint Motion to Dismiss filed by the parties, is of the opinion that such Motion should be GRANTED. Accordingly, it is

ORDERED that all claims filed by Plaintiff E. Neil Moore are hereby DISMISSED WITH PREJUDICE. It is further ORDERED that all costs are taxed against the party incurring same, each party shall bear its own attorney's fees, and that all relief not expressly granted herein is denied.

SIGNED on the 10th day of June, 2002.

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

JUN 11 2002

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK



H: 479897(@@@H01!.DOC)